IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MARK BROCKER | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 11–01180-CV-W-HFS |
| JACKSON COUNTY, MISSOURI | ) ) ) |
| Defendant. | ) ) |

**ORDER**

Before the court is defendant's motion to remand this case due to plaintiff's claim of retaliatory discharge for filing a worker's compensation claim. Pursuant to 28 U.S.C. § 1445C, civil actions commenced in state court under workers' compensation laws are not removable to federal district courts. Thus, defendant acknowledges that removal was improper.

Accordingly, it is hereby

ORDERED that defendant's motion to remand (ECF doc. 4) is GRANTED. The clerk of the court is directed to REMAND this case to the 16th Judicial Circuit Court, Jackson County, Missouri.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

January  9 , 2012

Kansas City, Missouri